No. 12–5896. QUARTERMAN v. CULLUM. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–5946. BATES v. LOCKETT, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. D–2478. IN RE DISBARMENT OF GOLDEN, 562 U. S. 1197. Motion for reconsideration of disbarment denied.

No. D–2673. IN RE DISBARMENT OF REED. Disbarment entered. [For earlier order herein, see 566 U. S. 972.]

No. D–2684. IN RE DISBARMENT OF GARGANO. Disbarment entered. [For earlier order herein, see 567 U. S. 955.]